B6A (Official Form 6A) (12/07)

In re  **Constance Madison Feys**                                    ,          Case No.   **13-21833**
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Constance Madison Feys**                                            Case No.    **13-21833**
                                                                    ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | 50.00 |
| | | | **$6,000.00 wages owed for severance from job ended 10-16-2013** | - | 6,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank Cincinnati, Ohio** **Checking and Savings Accounts** | - | 3,787.43 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Two TVs, washer/dryer, refrigerator, stove/oven, sofa, two end tables, dining table and chairs, coffee table, bed dresser, bed, dresser, chest of drawers, computer, lamps, kitchenware and dishes, misc.** | - | 750.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | | **Misc. jewelry** | - | 2,500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$186,336.00 Ameriprise Financial whole-life policy (Adult son and daughter are beneficiaries)** | - | 13,840.54 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       27,427.97
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Constance Madison Feys**                                                    Case No. _____**13-21833**_____
                                                                    ,
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | - | 496,031.35 |
| | | **AXA Equitable Shareplan - Debtor cannot access this account until pre-set distribution dates, the first of which is 7-1-2014.** | - | 14,693.27 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% ownership of DuPaul Madison, LLC, 2819 Mahan Drive, Suite 114, Tallahassee, Florida 32308 (Two mattress stores in Tallassee, Florida - Co-owner closed both operations and filed Chapter 7 personal bankruptcy on 9-16-2013).** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        510,724.62
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Constance Madison Feys**                                    ,    Case No.    **13-21833**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Subaru Forester (103,000 + miles) (Kelley Good)** | - | 9,358.00 |
| | | **2008 GMC 1500 Sierra pickup truck (Mileage unknown - Vehicle is located in Florida - Claimant's value is $13,550 - Liened in favor of Ally Financial/GMAC in the current amount of $6,578.85):**  **Debtor has a 50% interest - Debtor is surrendering any interest in the vehicle to GMAC.** | J | 6,775.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |

Sub-Total >        **16,133.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

11/02/13  8:34PM

B6B (Official Form 6B) (12/07) - Cont.

In re  **Constance Madison Feys**                                ,        Case No.    **13-21833**
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Constance Feys Revocable Trust (Only asset is Debtor's primary residential real estate located at 5933 Boulder View, Cold Spring, KY 41076 - PVA = $105,340 - Mortgage balance is $77,424.74)** | - | 105,340.00 |
| | | **1-week Morritt's Tortuga timeshare (Jointly owned with ex-husband) - Debtor has not been able to liquidate - Debtor believes no saleable value -** | J | 0.00 |

|  | Sub-Total > | 105,340.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 659,625.59 |

Sheet ___3___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re      **Constance Madison Feys**                                    Case No.    **13-21833**
                                                            ,
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☒ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **$6,000.00 wages owed for severance from job ended 10-16-2013** | 15 U.S.C. § 1673 | 4,500.00 | 6,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **US Bank** | 11 U.S.C. § 522(d)(5) | 1,225.00 | 3,787.43 |
| **Cincinnati, Ohio** | | | |
| **Checking and Savings Accounts** | | | |
| **Household Goods and Furnishings** | | | |
| **Two TVs, washer/dryer, refrigerator, stove/oven, sofa, two end tables, dining table and chairs, coffee table, bed dresser, bed, dresser, chest of drawers, computer, lamps, kitchenware and dishes, misc.** | 11 U.S.C. § 522(d)(3) | 750.00 | 750.00 |
| **Wearing Apparel** | | | |
| **Clothing** | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Misc. jewelry** | 11 U.S.C. § 522(d)(4) | 1,550.00 | 2,500.00 |
| **Interests in Insurance Policies** | | | |
| **$186,336.00 Ameriprise Financial whole-life policy (Adult son and daughter are beneficiaries)** | 11 U.S.C. § 522(d)(8) | 12,250.00 | 13,840.54 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA** | 11 U.S.C. § 522(d)(12) | 496,031.35 | 496,031.35 |
| **AXA Equitable Shareplan - Debtor cannot access this account until pre-set distribution dates, the first of which is 7-1-2014.** | 11 U.S.C. § 522(d)(10)(E) | 14,693.27 | 14,693.27 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Subaru Forester (103,000 + miles) (Kelley Good)** | 11 U.S.C. § 522(d)(2) | 3,675.00 | 9,358.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Constance Feys Revocable Trust (Only asset is Debtor's primary residential real estate located at 5933 Boulder View, Cold Spring, KY 41076 - PVA = $105,340 - Mortgage balance is $77,424.74)** | 11 U.S.C. § 522(d)(1) | 22,975.00 | 105,340.00 |

|  | Total: | 558,149.62 | 652,800.59 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Constance Madison Feys__ , Case No. __13-21833__

_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **7881**<br><br>**Guardian Savings Bank**<br>**2774 Blue Rock Road**<br>**Cincinnati, OH 45239** | | - | | | **10-2-2012**<br>**Real estate mortgage**<br>**Constance Feys Revocable Trust (Only asset is Debtor's primary residential real estate located at 5933 Boulder View, Cold Spring, KY 41076 - PVA = $105,340 - Mortgage balance is $77,424.74)** | | | | | |
| | | | | | Value $       **105,340.00** | | | | **77,242.74** | **0.00** |
| Account No.<br><br>**Morritt's Tortuga Club & Resort**<br>**PO Box 10258**<br>**Clearwater, FL 33757** | | | J | | **2013**<br><br>**Maintenance fees**<br><br>**1-week Morritt's Tortuga timeshare (Jointly owned with ex-husband) - Debtor has not been able to liquidate - Debtor believes no saleable value -** | | | | | |
| | | | | | Value $       **0.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **77,242.74** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **77,242.74** | **0.00** |

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re  **Constance Madison Feys**                                     ,    Case No. ___**13-21833**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Constance Madison Feys**                                                    ,    Case No. ____**13-21833**_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only | | | | | | |
| **Florida Department of Revenue 5050 West Tennessee Street Tallahassee, FL 32399** | - | | Notice only | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice only | | | | | | |
| **IRS PO Box 7346 Philadelphia, PA 19101-7346** | - | | Notice only | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Constance Madison Feys**                                           ,    Case No.    **13-21833**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ABF Freight System, Inc.**<br>**6900 Broadway Avenue**<br>**Jacksonville, FL 32254** | X | | J | | **2010**<br>**Professional services** | | | | **402.00** |
| Account No. **1003**<br><br>**American Express**<br>**PO Box 360001**<br>**Ft. Lauderdale, FL 33336-0001** | X | | J | | **2010-2013**<br>**Credit-card purchases** | | | | **29,473.00** |
| Account No. **x1011**<br><br>**American Express**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 981540**<br>**El Paso, TX 79998** | X | | J | | **2010-2013**<br>**Credit-card purchases** | | | | **31,131.00** |
| Account No.<br><br>**Amsher (American Bedding)**<br>**600 Beacon Parkway West, #300**<br>**Birmingham, AL 35209** | X | | J | | **2013**<br>**Purchases on account** | | | | **1,424.00** |

__9__   continuation sheets attached

Subtotal
(Total of this page)                          **62,430.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    S/N:20960-131003    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constance Madison Feys**                                          ,        Case No.    **13-21833**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8305** <br><br> **Bank of America** <br> **PO Box 1516** <br> **Newark, NJ 07101** | X | J | 2010-2013 <br> **Credit-card purchases** | | | | 7,277.00 |
| Account No. **None** <br><br> **Carol Ann Jones** <br> **PO Box 14557** <br> **Tallahassee, FL 32317** | | - | Unknown <br> **Any debts owed or alleged to be owed** | | | | **Unknown** |
| Account No. **1013** <br><br> **Citibank** <br> **P.O. Box 183113** <br> **Columbus, OH 43218-3113** | | - | 2010-2012 <br> **Credit-card purchases** | | | | 5,813.32 |
| Account No. <br><br> **City of Tallahassee** <br> **435 North Macomb Street** <br> **Tallahassee, FL 32301** | X | J | 2013 <br> **Utilities** | | | | 350.00 |
| Account No. <br><br> **Clear Channel** <br> **325 John Knox Road** <br> **Tallahassee, FL 32303** | X | J | 2010 <br> **Advertising** | | | | 1,064.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,504.32

11/02/13  8:34PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Constance Madison Feys** _____,    Case No. ___**13-21833**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Comcast** 3760 Hartsfield Road Tallahassee, FL 32303 | X | J | 2011 Advertising | | | | 614.00 |
| Account No. **Communications Credit & Recovery Corp.** 200 Garden city Plaza, #200 Garden City, NY 11530 | X | J | 2011 Advertising | | | | 4,406.00 |
| Account No. **Complete Payment Recovery Services, Inc** 3500 5th Street Northport, AL 35476 | X | J | 2010 Bad check charges | | | | 325.00 |
| Account No. **Elvan Settlement/Recovery** PO Box 86 SDS 12-2291 Knoxville, TN 37940 | X | J | 2010 Unsecured | | | | 427.00 |
| Account No. **First Data Global Leasing** PO Box 173845 Denver, CO 80217 | X | J | 2011 Unsecured | | | | 778.00 |

Sheet no. __**2**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,550.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constance Madison Feys**                                        ,        Case No.   **13-21833**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Professional services | | | | |
| **Helton Accounting Services** **2931 Kerry Forest Parkway, #101** **Tallahassee, FL 32309** | X | J | | | | | 860.00 |
| Account No. | | | 2010 Professional services | | | | |
| **Helton Accounting Services** **2931 Kerry Forest Parkway, #101** **Tallahassee, FL 32309** | X | J | | | | | 1,610.00 |
| Account No. | | | 2011 Purchases on account | | | | |
| **Jondy Chemicals, Inc.** **PO Box 3230** **West Somerset, KY 42564** | X | J | | | | | 442.00 |
| Account No. | | | 2010 Advertising | | | | |
| **Joyce Publishing** **PO Box 14445** **Tallahassee, FL 32317** | X | J | | | | | 500.00 |
| Account No. | | | 2010 Advertising | | | | |
| **Localedge** **61 John Muir** **Buffalo, NY 14228** | X | J | | | | | 1,130.00 |

Sheet no.  **3**  of  **9**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,542.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constance Madison Feys**                                    ,   Case No.   **13-21833**
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Maggie Freeland**<br>**2612 Yarmouth Lane**<br>**Tallahassee, FL 32309** | X | J | 2011<br>Wages | | | | 1,500.00 |
| Account No.<br><br>**Mahan Commons Retail Center, LLC**<br>**2073 Summit Lakes Drive, #155**<br>**Tallahassee, FL 32317** | X | J | 2010<br>Purchases on account | | | | 5,427.00 |
| Account No.<br><br>**Merchant Services**<br>**PO Box 9599**<br>**Knoxville, TN 37940** | X | J | 2011<br>Credit processing fees | | | | 427.00 |
| Account No.<br><br>**Minuteman Press**<br>**2510-A N Monroe Street**<br>**Tallahassee, FL 32303** | X | J | 2010<br>Stationery | | | | 103.00 |
| Account No.<br><br>**Northern Leasing Systems**<br>**132 West 31st Street**<br>**14th Floor**<br>**New York, NY 10001** | X | J | 2011<br>Lease deficiency | | | | 185.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,642.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constance Madison Feys**                                    ,    Case No.    **13-21833**
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Old Dominion Freight Line**<br>**14933 Collection Center Drive**<br>**Chicago, IL 60693** | X | J | | **2010**<br>**Professional services** | | | | **20.00** |
| Account No.<br><br>**On-Deck Financing**<br>**155 East 56th Street**<br>**New York, NY 10022** | X | J | | **2011**<br>**Line of credit** | | | | **6,786.00** |
| Account No.<br><br>**Opus Brodcasting Tallahassee, LLC**<br>**3000 Olson Road**<br>**Tallahassee, FL 32308** | X | J | | **2011**<br>**Advertising** | | | | **3,056.00** |
| Account No. **6943**<br><br>**Q Card**<br>**PO Box 15523**<br>**Wilmington, DE 19850-5523** | X | J | | **2012-2013**<br>**Credit-card purchases** | | | | **127.93** |
| Account No.<br><br>**Redwire**<br>**1136 Thomasville Road**<br>**Tallahassee, FL 32303** | X | J | | **2010**<br>**Utilities** | | | | **33.00** |

Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,022.93**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Constance Madison Feys**                                    ,  Case No.  **13-21833**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2010-2013 Line of credit | | | | |
| **Regions Bank** **Commercial Loan Processing Center** **PO Box 11407** **Birmingham, AL 35246** | X | J | | | | | 53,477.00 |
| Account No. | | | 2011 Unsecured | | | | |
| **Riztex USA** **c/o Jack R. Creel & Associates** **PO Box 801083** **Houston, TX 77280** | X | J | | | | | 813.00 |
| Account No. | | | 2010 Signature loan | | | | |
| **Robert DuPaul** **400 Palm Crest Lane** **Davenport, FL 33837** | X | J | | | | | 5,000.00 |
| Account No. | | | 2009 Advertising | | | | |
| Rowland Publishing, Inc. **PO Box 1837** **Tallahassee, FL 32302** | X | J | | | | | 3,728.00 |
| Account No. | | | 2010 Security system | | | | |
| **Safetouch Security Systems** **9550 Sunbeam  Center Drive** **Jacksonville, FL 32257** | X | J | | | | | 217.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,235.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Constance Madison Feys**                                    ,      Case No.      **13-21833**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                      Seahawk Designs, Inc 6560 Varn Buren Blvd, #C Riverside, CA 92503 | X | J | 2009 Purchases on account | | | | 681.00 |
| Account No.                                      Seahawk Designs, Inc 6560 Varn Buren Blvd, #C Riverside, CA 92503 | X | J | 2010 Purchases on account | | | | 3,198.00 |
| Account No.                                      Southern Heritage 1510 E Pinetree Blvd Thomasville, GA 31792 | X | J | 2010 Purchases on account | | | | 200.00 |
| Account No.                                      Steinworld 5800 Challenge Drive Memphis, TN 38115 | X | J | 2010 Unsecured | | | | Unknown |
| Account No.                                      Summit Group Commercial Properties 1625 Summit Lake Drive Tallahassee, FL 32317 | X | J | 2008 Lease deficiency | | | | 27,500.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **31,579.00**

11/02/13  8:34PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constance Madison Feys**                                    ,     Case No.   **13-21833**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tallahassee Door Deals**<br>**4141 Apalachee Parkway**<br>**Tallahassee, FL 32310** | X | J | 2010<br>**Purchases on account** | | | | 500.00 |
| Account No.<br><br>**Tallahassee Information Technology**<br>**4450 Sawthorn Drive**<br>**Tallahassee, FL 32303** | X | J | 2011<br>**Professional services** | | | | 213.00 |
| Account No.<br><br>**TempurPedic**<br>**1000 Tempur Way**<br>**Lexington, KY 40511** | X | J | 2009<br>**Purchases on account** | | | | 13,851.00 |
| Account No. **5842**<br><br>**US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | | - | 2012<br>**Credit-card purchases** | | | | 1,089.63 |
| Account No.<br><br>**US Bank**<br>**L&P Financial Services**<br>**PO Box 757**<br>**Carthage, MO 64836** | | - | 2010<br>**Unsecured** | | | | 603.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,256.63

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Constance Madison Feys**                                    ,    Case No.    **13-21833**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 Advertising | | | | |
| WTXL 1620 Commerce Blvd Midway, FL 32343 | X | J | | | | | | 567.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __9___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 567.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 217,328.88 |

B6G (Official Form 6G) (12/07)

In re  **Constance Madison Feys**_____,    Case No. ___**13-21833**_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

11/02/13  8:34PM

B6H (Official Form 6H) (12/07)

.

In re    **Constance Madison Feys**                                                    ,    Case No.    **13-21833**
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **ABF Freight System, Inc.**<br>**6900 Broadway Avenue**<br>**Jacksonville, FL 32254** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **American Express**<br>**PO Box 360001**<br>**Ft. Lauderdale, FL 33336-0001** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **American Express**<br>**Attn: Bankruptcy Litigation Officer**<br>**PO Box 981540**<br>**El Paso, TX 79998** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Amsher (American Bedding)**<br>**600 Beacon Parkway West, #300**<br>**Birmingham, AL 35209** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Bank of America**<br>**PO Box 1516**<br>**Newark, NJ 07101** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **City of Tallahassee**<br>**435 North Macomb Street**<br>**Tallahassee, FL 32301** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Clear Channel**<br>**325 John Knox Road**<br>**Tallahassee, FL 32303** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Comcast**<br>**3760 Hartsfield Road**<br>**Tallahassee, FL 32303** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Communications Credit & Recovery Corp.**<br>**200 Garden city Plaza, #200**<br>**Garden City, NY 11530** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Complete Payment Recovery Services, Inc**<br>**3500 5th Street**<br>**Northport, AL 35476** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Elvan Settlement/Recovery**<br>**PO Box 86**<br>**SDS 12-2291**<br>**Knoxville, TN 37940** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Constance Madison Feys**                                                    Case No.    **13-21833**

                                                                                        ,
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **First Data Global Leasing**<br>**PO Box 173845**<br>**Denver, CO 80217** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Helton Accounting Services**<br>**2931 Kerry Forest Parkway, #101**<br>**Tallahassee, FL 32309** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Helton Accounting Services**<br>**2931 Kerry Forest Parkway, #101**<br>**Tallahassee, FL 32309** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Jondy Chemicals, Inc.**<br>**PO Box 3230**<br>**West Somerset, KY 42564** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Joyce Publishing**<br>**PO Box 14445**<br>**Tallahassee, FL 32317** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Localedge**<br>**61 John Muir**<br>**Buffalo, NY 14228** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Maggie Freeland**<br>**2612 Yarmouth Lane**<br>**Tallahassee, FL 32309** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Mahan Commons Retail Center, LLC**<br>**2073 Summit Lakes Drive, #155**<br>**Tallahassee, FL 32317** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Merchant Services**<br>**PO Box 9599**<br>**Knoxville, TN 37940** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Minuteman Press**<br>**2510-A N Monroe Street**<br>**Tallahassee, FL 32303** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Northern Leasing Systems**<br>**132 West 31st Street**<br>**14th Floor**<br>**New York, NY 10001** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Old Dominion Freight Line**<br>**14933 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **On-Deck Financing**<br>**155 East 56th Street**<br>**New York, NY 10022** |

Sheet    **1**    of    **3**    continuation sheets attached to the Schedule of Codebtors

11/02/13  8:34PM

In re   **Constance Madison Feys**                                              ,   Case No.   **13-21833**
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Opus Brodcasting Tallahassee, LLC**<br>**3000 Olson Road**<br>**Tallahassee, FL 32308** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Q Card**<br>**PO Box 15523**<br>**Wilmington, DE 19850-5523** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Redwire**<br>**1136 Thomasville Road**<br>**Tallahassee, FL 32303** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Regions Bank**<br>**Commercial Loan Processing Center**<br>**PO Box 11407**<br>**Birmingham, AL 35246** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Riztex USA**<br>**c/o Jack R. Creel & Associates**<br>**PO Box 801083**<br>**Houston, TX 77280** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Robert DuPaul**<br>**400 Palm Crest Lane**<br>**Davenport, FL 33837** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Rowland Publishing, Inc.**<br>**PO Box 1837**<br>**Tallahassee, FL 32302** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Safetouch Security Systems**<br>**9550 Sunbeam  Center Drive**<br>**Jacksonville, FL 32257** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Seahawk Designs, Inc**<br>**6560 Varn Buren Blvd, #C**<br>**Riverside, CA 92503** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Seahawk Designs, Inc**<br>**6560 Varn Buren Blvd, #C**<br>**Riverside, CA 92503** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Southern Heritage**<br>**1510 E Pinetree Blvd**<br>**Thomasville, GA 31792** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Steinworld**<br>**5800 Challenge Drive**<br>**Memphis, TN 38115** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Summit Group Commercial Properties**<br>**1625 Summit Lake Drive**<br>**Tallahassee, FL 32317** |

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Codebtors

In re  **Constance Madison Feys**                                    , Case No. __**13-21833**__
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Tallahassee Door Deals**<br>**4141 Apalachee Parkway**<br>**Tallahassee, FL 32310** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **Tallahassee Information Technology**<br>**4450 Sawthorn Drive**<br>**Tallahassee, FL 32303** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **TempurPedic**<br>**1000 Tempur Way**<br>**Lexington, KY 40511** |
| **Carol Ann Jones**<br>**PO Box 14557**<br>**Tallahassee, FL 32317** | **WTXL**<br>**1620 Commerce Blvd**<br>**Midway, FL 32343** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Constance Madison Feys**                                    Case No.   **13-21833**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed/Retired** | |
| Name of Employer | **Unemployed/Retired** | |
| How long employed | **9-2012** | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b.  Insurance | $ | **0.00** | $ | **N/A** |
|     c.  Union dues | $ | **0.00** | $ | **N/A** |
|     d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify):  **Social Security** | $ | **1,661.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify):  **IRA withdarwals (See below)** | $ | **1,875.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **3,536.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,536.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **3,536.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**A. Debtor has been receiving social security benefits since 5-2013.**

**B. Debtor was divorced in 2008 (Debtor is owed nothing from the divorce).**

**C. Debtor worked for two days in 10-2013 (10-14-13 and 10-16-13) before her job was terminated. Debtor has no current plans to return to employment. Debtor is 62.**

**D. Son is 26, resides with Debtor, and is attending college full time. He has three more years of school remaining (To graduate 6-2016). Son works part-time as a parking valet, but only earns enough to cover minimal personal expenses.**

**E. Debtor is only withdrawing the amount necessary (from her IRA) to fund the Plan payments and pay general living expenses.**

B6J (Official Form 6J) (12/07)

In re   **Constance Madison Feys** _____     Case No.   **13-21833**
_____
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 364.70 |
|    a. Are real estate taxes included?        Yes ___    No **X** | |
|    b. Is property insurance included?       Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 135.00 |
|              b. Water and sewer | $ 0.00 |
|              c. Telephone | $ 0.00 |
|              d. Other **See Detailed Expense Attachment** | $ 256.17 |
| 3. Home maintenance (repairs and upkeep) | $ 35.00 |
| 4. Food | $ 475.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 45.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 285.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 58.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|              a. Homeowner's or renter's | $ 0.00 |
|              b. Life | $ 197.00 |
|              c. Health | $ 0.00 |
|              d. Auto | $ 67.00 |
|              e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify)   **See Detailed Expense Attachment** | $ 118.04 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|              a. Auto | $ 0.00 |
|              b. Other | $ 0.00 |
|              c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ 990.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,150.91 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **A. This budget ios based on Debtor's continued support of son's school tuition and household livign expenses.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 3,536.00 |
| b.   Average monthly expenses from Line 18 above | $ 3,150.91 |
| c.   Monthly net income (a. minus b.) | $ 385.09 |

**B6J (Official Form 6J) (12/07)**

In re   **Constance Madison Feys**                                          Case No.   **13-21833**
_____
                         Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| HOA Fees | $ | 96.00 |
| HOA Fees (Quarterly and annually) | $ | 20.17 |
| Cable TV/Internet | $ | 140.00 |
| **Total Other Utility Expenditures** | $ | 256.17 |

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| City of Cold Spring real estate taxes | $ | 20.00 |
| Campbell County real estate taxes | $ | 98.04 |
| **Total Tax Expenditures** | $ | 118.04 |

**Other Expenditures:**

| | | |
|---|---|---|
| Cell phones | $ | 180.00 |
| Haircare | $ | 60.00 |
| Son's school tution ($9000/year) | $ | 750.00 |
| **Total Other Expenditures** | $ | 990.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky, Covington Division

In re    **Constance Madison Feys**                                                  Case No.    **13-21833**
                                          Debtor(s)                              Chapter     **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **29** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 18, 2013**                         Signature    **/s/ Constance Madison Feys**

                                                              **Constance Madison Feys**
                                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.